# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **PAUL v. CHRISTOPHER J. LAROSE et al.**  Case Number: 3:25-cv-3266-CAB-JLB

Hon. Cathy Ann Bencivengo     Ct. Deputy Lori Hernandez     Rptr Tape: [Reporter Tape]

In light of Petitioner's release, the Court finds the Habeas Petition moot. The case is closed.

Date: November 25, 2025                                                        Initials: REO